UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PATRICK ANTHONY RIBBING, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:18-CV-98 |
| | § | |
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On July 6, 2018, the United States Magistrate Judge filed a Report and Recommendation (Doc. 9) recommending that the Plaintiff's case be dismissed. Subsequently, and within the time period allotted for filing objections, the Plaintiff submitted a document entitled Immediate Overruling and Removal of Imposter Official (Doc. 12). He also presented three more documents after the period for filing objections had expired, with the following titles: Supplementary Report (Doc. 13); Notice of Discovery (Doc. 14); and Notice of Violation (Doc. 15). In these filings, the Plaintiff does not present specific objections to the Report and Recommendation, but merely offers rambling and unintelligible statements. As a result, the Court will deem the Plaintiff to have not properly objected to any portion of the Report and Recommendation. The Court reviews the Report and Recommendation only to satisfy itself that there is no clear error on the face of the record. (Even under a *de novo* review, the Court would reach the same decision.)

Having reviewed the Report and Recommendation and the record before it, the

Court adopts the Report and Recommendation. As a result, it is:

Ordered that Plaintiff's Complaint (Doc. 1) is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

SIGNED this 17th day of August, 2018.

_____
Fernando Rodriguez, Jr.
United States District Judge